IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-60201
_____

ALAMO BROADBAND, INCORPORATED,

      Petitioner

**A True Copy**
**Certified order issued Apr 01, 2015**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

      Respondents

_____

Petition for Review of an Order of the
Federal Communications Commission
_____

CLERK'S OFFICE:

      Case number 15-60201 is transferred as of April 01, 2015, to the United States Court of Appeals for the District of Columbia Circuit.

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                            *Connie C Brown*

                            By: _____
                            Connie Brown, Deputy Clerk

           ENTERED AT THE DIRECTION OF THE COURT