# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 01, 2015

Mr. Mark J. Langer, Clerk
U. S. Court of Appeals
for the D.C. Circuit
5409 E. Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001-2866

    No. 15-60201    Alamo Broadband, Inc. v. FCC, et al
                    Agency No. 14-28

Dear Mr. Langer:

Pursuant to the attached order, this case has been transferred in accordance with the order of the Judicial Panel on the Multidistrict Litigation filed on March 27, 2015.

Electronic copies of the original filings in this court will be sent via a separate Notice of Docket Activity to the Circuit Court listed above only.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Connie Brown, Deputy Clerk
                               504-310-7671

Enclosure(s)

cc w/encl:
    Mr. James Michael Carr
    Mr. Eric H. Holder Jr.
    Mr. Jonathan Sallet
    Mr. Brett Allen Shumate

P.S. The docketing fee has been paid.